

| | | |
|---|---|---|
| Balance Due | $60.00 | Creditor: MMC- DEPT. OF CARDIOLOGY |
| PCB # | ▓▓▓▓▓90 | Patient Name: DAVID MEYTIN |
| Client Acct # | ▓▓▓▓▓12 | Service Date: 06/27/16 |

**PROFESSIONAL CLAIMS BUREAU, INC.**
NYC Dept of Consumer Affairs License #0811196
"Se Habla Espanol"

E-Mail:
info@pcbinc.org

Phone: 516-681-1122 or 914-668-1222
Fax: 516-681-1265
Office Hours: Mon - Fri 8:30am - 5pm

Pay Online 24/7/365
www.paypcb.com

**IMPORTANT ACCOUNT INFORMATION**

The above referenced account has been referred to our offices for collection by the creditor listed above.

Our professional account representatives are available to help you resolve this situation in a way that is acceptable to both you and our client.

There is a good chance that this balance represents a balance after insurance or a balance that your insurance carrier has denied for some reason.

For your convenience you may access our website (24 hrs/7 days) to pay your bill by check or credit card.
www.paypcb.com

Additionally, feel free to mail your check, money order or credit card information along with the payment stub below.

*Whatever you do, please do not choose to ignore this outstanding debt.*

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Professional Claims Bureau, Inc.
"Debt Collectors Since 1964"
ACA INTERNATIONAL
The Association of Credit and Collection Professionals

00003213-A

---

To ensure proper credit to your account, detach this section and return with your payment. Please keep above portion for your records.    ▓▓▓74A (PC2)



| Account #: ▓▓▓912 | Statement Date: 01/06/2017 |
|---|---|
| Patient Name: **DAVID MEYTIN** | Balance Due: $60.00 |

We accept: DISCOVER VISA MasterCard AMERICAN EXPRESS

Amount Paid: _____

card number _____    expiration date _____
signature _____       cvv code _____
print name _____

☐ Health/Flex Spending Account

PO BOX 9060
HICKSVILLE, NY 11802-9060

RETURN SERVICE REQUESTED

☐ Please check box if address below is incorrect or insurance information has changed, and indicate change(s) on reverse side.

Please note your credit card statement will reflect a charge from Professional Claims Bureau, Inc.

DAVID MEYTIN
▓▓▓▓▓▓▓▓▓▓▓▓▓
GREAT NECK, NY 11023-2331

▓▓▓▓▓▓▓290
PROFESSIONAL CLAIMS BUREAU, INC.
PO BOX 9060
HICKSVILLE, NY 11802-9060

501

▓▓▓42-1; 1

| IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE.... |
|---|

| ABOUT YOU: | | | | ABOUT YOUR INSURANCE: | | |
|---|---|---|---|---|---|---|
| YOUR NAME (Last, First, Middle Initial) | | | | YOUR PRIMARY INSURANCE COMPANY'S NAME | | EFFECTIVE DATE |
| ADDRESS | | | | PRIMARY INSURANCE COMPANY'S ADDRESS | | TELEPHONE ( ) |
| CITY | | STATE | ZIP | CITY | STATE | ZIP |
| TELEPHONE ( ) | MARITAL STATUS ☐ Single ☐ Married | ☐ Separated ☐ Divorced ☐ Widowed | | POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER | |
| EMPLOYER'S NAME | | TELEPHONE ( ) | | YOUR SECONDARY INSURANCE COMPANY'S NAME | | EFFECTIVE DATE |
| EMPLOYER'S ADDRESS | CITY | STATE | ZIP | SECONDARY INSURANCE COMPANY'S ADDRESS | | TELEPHONE ( ) |
| | | | | CITY | STATE | ZIP |
| | | | | POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER | |