**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DAVID MEYTIN, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

PROFESSIONAL CLAIMS BUREAU, Inc. a/k/a PCB

        Defendant.

Civil Action Number: 2:17-cv-01287-JS-GRB

**STIPULATION OF DISMISSAL**

ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff DAVID MEYTIN, and defendant PROFESSIONAL CLAIMS BUREAU, INC., that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims are also dismissed without prejudice.

Dated: New York, New York
       June 21, 2017

Sirotkin Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: *s/Abraham Hamra*
    Abraham Hamra

110 East 59th Street,
Suite 3200
New York, New York 10022
Tel: (646) 590-0571

Barron & Newburger, P.C.
*Attorneys for Defendant*

By: *s/Arthur Sanders*
    Arthur Sanders

30 South Main Street,
New City, NY 10956
Tel: (845) 499-2990

SO ORDERED:

/s/ JOANNA SEYBERT
HON. ~~Gary R. Brown~~ Joanna Seybert
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Dated: June 29, 2017
Central Islip, NY

The Clerk of the Court is directed to mark the case CLOSED.